IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL T. FINEFROCK,** : | |
|    Petitioner : | |
| : | No. 1:22-cv-00934 |
| v. : | |
| : | (Judge Kane) |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE, et al.,** : | |
|    Respondents : | |

## ORDER

**AND NOW**, on this 17th day of November 2023, upon consideration of Petitioner Daniel T. Finefrock ("Petitioner")'s petition, filed pursuant to the provisions of 28 U.S.C. § 2254 (Doc. No. 1), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania